UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CHERYL D. WARD, | ) | No.  CV-04-0475-MWL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT MOTION FOR ORDER OF STIPULATED REMAND |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The parties have jointly moved for a stipulated order of remand for further administrative proceedings. After consideration, it is **ORDERED** that this case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, an administrative law judge (ALJ) shall reconsider and address all treating, examining, and reviewing medical source opinions of record.  The ALJ shall reassess the severity of the claimant's mental impairments.  The ALJ shall consider a psychological component to the claimant's pain and shall consider the impact of the claimant's obesity at each step of the

sequential evaluation process. The ALJ shall provide a function-by-function assessment of the claimant's ability to perform work-related activities at all skill levels. In assessing the claimant's residual functional capacity, the ALJ shall explain the weight given to the opinion evidence. If warranted, the ALJ shall obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on the claimant's ability to perform past relevant work and the effect on the claimant's occupational base. The ALJ will take any further action necessary to render a new decision in this matter.

DATED this 23rd day of August, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ TERRYE E. SHEA
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle  WA  98104-7075
 Telephone (206) 615-2143
 FAX (206) 615-2531
 terrye.shea@ssa.gov